JOSEPH SCHLESINGER, CA Bar #87692
Acting Federal Defender
JEREMY S. KROGER, CA Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUAN MEDINA-GALVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:12-cr-00284 AWI-BAM-1 |
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE  HEARING AND SET FOR CHANGE OF PLEA HEARING; ORDER THEREON |
| v. | |
| JUAN MEDINA-GALVAN, | Date:  April 1, 2013 |
| Defendant. | Time:  10:00 a.m. |
| | Judge: Honorable Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter now set for March 11, 2013, at 1:00 p.m. **may be vacated and the matter reset for a change of plea hearing on April 1, 2013, at 10:00 a.m., before The Honorable Anthony W. Ishii.**

The requested change of plea hearing will conserve time and resources for both counsel and the court.  The government has no objection to this request.

///

///

///

///

1    The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in
2  that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a
3  speedy trial, including, but not limited to, the need for the period of time set forth herein for effective
4  defense preparation and continuing plea negotiation purposes.

BENJAMIN B. WAGNER
United States Attorney

DATED:  March 7, 2013        /s/ *Elana S. Landau*
                             ELANA S. LANDAU
                             Assistant United States Attorney
                             Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED:  March 7, 2013        /s/ *Jeremy Kroger*
                             JEREMY KROGER
                             Assistant Federal Defender
                             Attorneys for Defendant
                             JUAN MEDINA-GALVAN

**O R D E R**

IT IS SO ORDERED.

Dated:   **March 8, 2013**          /s/ **Barbara A. McAuliffe**
                                    UNITED STATES MAGISTRATE JUDGE

-2-